Lorene YOUNG, Plaintiff–Appellant,

v.

CARGILL JUICE NORTH AMERICA, INC., f.n.a. Cargill Citro–America, Inc., Defendant–Appellee Cross Claimant,

KC Cromwell, Inc., f.n.a. Spartan Premier, Inc., d.b.a. Citrus Force Staffing, Defendant Cross Defendant.

No. 09–10315
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 9, 2009.

Marcia Vestylena Forsett, The Forsett Law Office, Bartow, FL, for Plaintiff–Appellant.

James M. Drozdowski, Hahn Loeser & Parks, LLP, Cleveland, OH, Dawn R. Hays, Hahn Loeser & Parks LLP, Columbus, OH, for Defendant–Appellee Cross Claimant.

Before TJOFLAT, BIRCH and HULL, Circuit Judges.

PER CURIAM:

This is a personal injury case. The district court granted defendant summary judgment on the ground that defendant was plaintiff's statutory employer and entitled to immunity from suit pursuant to Florida's Workers' Compensation Act. Plaintiff appeals, contending that the "intentional tort" exception to such immunity applies and that material issues of fact remain to be litigated regarding that exception. We disagree, and therefore affirm. The intentional tort exception does not apply for the reasons stated in the district court's December 15, 2008, 2008 WL 5235133, order granting appellee summary judgment.

AFFIRMED.